# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RYAN MICHAEL POURCIAU

NO. 2019 KW 1237

**DEC 2 3 2019.**

In Re:    Ryan Michael Pourciau, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 1301894.

**BEFORE:    HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

                    **TMH**
                    **AHP**
                    **WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
         DEPUTY CLERK OF COURT
              FOR THE COURT